FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA FRESNO

| | |
|---|---|
| In re:<br><br>JOSHUA RUSSELL BOVARD,<br><br><br>　　　　　　　　　　Debtor(s). | Case No.: 19-11859-B-13<br><br>DCN: FW-5<br><br>Chapter 13<br><br>NOTICE OF FINAL APPLICATION FOR PAYMENT OF FEES AND EXPENSES PURSUANT TO 11 U.S.C. §330<br><br>**DATE:** February 28, 2024<br>**TIME:** 9:30 a.m.<br>**PLACE:** U.S. Courthouse, 5th Floor<br>　　　　　2500 Tulare Street<br>　　　　　Fresno, California 93721<br>**JUDGE:** Honorable René Lastreto II |

TO ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving the attached fee and or expense application(s):

1. Application Information:

| | | |
|---|---|---|
| a. | Name of Applicant (specify): | Fear Waddell, P.C. |
| b. | Amount of fees requested: | $3,296.50 |
| c. | Amount of costs requested | $137.99 |
| d. | Address of Applicant (specify) | 7650 North Palm Avenue, Suite 101<br>Fresno, CA 93711 |
| e. | Time period of current application: | November 1, 2021 to January 17, 2024 |

1

This Application is served pursuant to Local Bankruptcy Rule 9014-1(f)(1) and the Federal Rules of Bankruptcy Procedure. In addition to seeking the above fees on a final basis, Applicant is also seeking to have fees previously approved on an interim basis on a final basis.

**YOUR RIGHTS MAY BE AFFECTED** You should read the papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

Opposition, if any, to the granting of the Application shall be in writing and shall be <u>served and filed with the Court at least fourteen (14) calendar days preceding the date of the hearing.</u> Opposition shall be accompanied by evidence establishing its factual allegations, and shall be served on the movant at the address given in the caption of this notice. Without good cause, no party shall be heard in opposition to the Application at oral argument if written opposition to the Application has not been timely filed. If you fail to file a written objection to the Application within such time period, the Court may treat such failure as a waiver of your right to object to the Application and may approve the Application. If you wish to review the full Application, you may review the Application on file with the Court or obtain a copy from Applicant. Any opposition and evidence supporting the opposition shall be served on the movant's attorney at the address(es) stated in this notice.

| | | |
|---|---|---|
| Gabriel J. Waddell | Lilian G. Tsang | Joshua Bovard |
| Fear Waddell, P.C. | Chapter 13 Trustee | 1902 Lime Avenue |
| 7650 N. Palm Ave, Ste. 101 | PO Box 3051 | Sanger, California 93657 |
| Fresno, California 93711 | Modesto, CA 95353-3051 | |

To determine whether this matter has been resolved without oral argument or whether the court has issued a tentative ruling, the pre-hearing disposition should be viewed at the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing; parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Date: January 17, 2024

Respectfully Submitted,
/s/ Gabriel J. Waddell
Attorney for Debtor(s)